# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. <u>04-41355-RJK</u> |
| STRAWN, ROBERT E ) | |
| ) | TRUSTEE'S FINAL REPORT AND |
| ) | PROPOSED DISTRIBUTION |
| Debtor (s) ) | (WITHOUT NOTICE) |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>1,861.58</u>, disbursements of $<u>250.00</u>, and balance on hand of $<u>1,611.58</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <u>Entity</u> | Nature of <u>Interest</u> | Proposed <u>Payment</u> |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>465.40</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>465.40</u> for final compensation and an additional $<u>43.39</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $922.17$, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 465.40 | 465.40 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 43.39 | 43.39 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 400.00 | 400.00 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 13.38 | 13.38 |
| | Total | 922.17 | 922.17 |

(b) $0.00$ for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $689.41$, for unsecured creditors allowed in the total amount of $7,841.19$, yielding a dividend of $8.7921604$% as itemized below or in Exhibit C attached hereto, or the dividend payable on every allowed nonpriority unsecured claim is less than $5.00 and the trustee is treating the entire amount payable on such claims as unclaimed dividends pursuant to Local Rule 3011-1(a). The largest unsecured claim was allowed in the amount of $5,409.47$.

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION | 000001 | 858.08 | 75.44 |
| CHASE MANHATTAN BANK USA | 000002 | 1,013.30 | 89.09 |
| CITIBANK NA | 000003 | 5,409.47 | 475.61 |
| MONOGRAM CREDIT CARD BANK OF GA | 000004 | 560.34 | 49.27 |
| Total | | $7,841.19 | $689.41 |

      7.      The trustee's distribution of gross receipts of $1,861.58 from liquidation of all property of the estate is summarized below:

| $ | | | |
|---:|---|---|---|
| 465.40 | a. | Trustee Compensation | |
| 400.00 | b. | Fee for Attorney for Trustee | |
| 0.00 | c. | Fee for Attorney for Debtor | |
| 0.00 | d. | Other Professionals | |
| 306.77 | e. | All expenses, including Trustee and Court costs | |
| 0.00 | f. | Secured Creditors | |
| 0.00 | g. | Priority Creditors | |
| 689.41 | h. | Unsecured Creditors | |
| 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) | |
| 1,861.58 | j. | SUBTOTAL (sum of lines a through i) | |
| 0.00 | k. | Payments to Debtor (including payments of exemptions) | |
| 1,861.58 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) | |

      8.      The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

      WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: July 31, 2007                                          /e/ Randall L. Seaver
                                                                                RANDALL L. SEAVER, Trustee
                                                                                12400 PORTLAND AVENUE SOUTH
                                                                                SUITE 132
                                                                                BURNSVILLE, MN  55337
                                                                                (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 9/4/07
                                     HABBO G. FOKKENA
                                     UNITED STATES TRUSTEE
                                     Region 12

                              By: *Tom Kleiner*

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 04-41355 RJK  Judge: Robert J. Kressel  
Case Name: STRAWN, ROBERT E  
For Period Ending: 08/06/07

Trustee Name: RANDALL L. SEAVER  
Date Filed (f) or Converted (c): 03/15/04 (f)  
341(a) Meeting Date: 04/19/04  
Claims Bar Date: 02/15/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 460.00 | 1,072.37 | | 1,072.37 | FA |
| 2. HOMESTEAD | 128,500.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. 1996 MERCURY TRACER | 1,500.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. 1987 MAZDA PICKUP | 75.00 | 75.00 | | 68.13 | FA |
| 5. COMPUTER AND RELATED ITEMS | 50.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. CD'S AND DVD'S | 50.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. BOAT | 200.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. DOG | 50.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 11. LAWN MOWER | 50.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 12. 2003 TAX REFUNDS (u) | 0.00 | 709.50 | | 709.50 | FA |
| 13. 2004 TAX REFUNDS (u) | 0.00 | 0.00 | | 0.00 | FA |
|    NONE | | | | | |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.58 | FA |

Gross Value of Remaining Assets

LFORM1

Ver: 12.10a

| Case No: | 04-41355 RJK Judge: Robert J. Kressel | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | STRAWN, ROBERT E | Date Filed (f) or Converted (c): | 03/15/04 (f) |
| | | 341(a) Meeting Date: | 04/19/04 |
| | | Claims Bar Date: | 02/15/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $ 131,535.00 | $ 1,856.87 | | $ 1,861.58 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/05    Current Projected Date of Final Report (TFR): 02/28/07

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-41355 -RJK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | STRAWN, ROBERT E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1219 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3000 | | |
| For Period Ending: | 08/06/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/04 | 12 | Betty Strawn<br>301 Skyview Lane<br>Carver, MN 55315 | Tax Refund(s) | 1224-000 | 100.00 | | 100.00 |
| 12/13/04 | 12 | Robert Strawn<br>301 Skyview Lane<br>Carver, MN 55315-9385 | 2003 Tax refunds | 1224-000 | 150.00 | | 250.00 |
| 12/31/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.01 | | 250.01 |
| 01/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.02 | | 250.03 |
| 02/28/05 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 250.08 |
| 03/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.05 | | 250.13 |
| 04/29/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.05 | | 250.18 |
| 05/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.05 | | 250.23 |
| 06/30/05 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 250.28 |
| 07/29/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.05 | | 250.33 |
| 08/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.13 | | 250.46 |
| 09/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.12 | | 250.58 |
| 10/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.13 | | 250.71 |
| 11/22/05 | 12 | Betty Strawn<br>301 Skyview Lane<br>Carver, MN 55315-9385 | Tax Refund(s) | 1224-000 | 100.00 | | 350.71 |
| 11/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.12 | | 350.83 |
| 12/18/05 | 12 | Betty Strawn<br>301 Skyview Lane<br>Carver, MN 55315-9385 | 2003 Tax refunds | 1224-000 | 100.00 | | 450.83 |
| 12/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.19 | | 451.02 |
| 01/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.24 | | 451.26 |
| 02/28/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.32 | | 451.58 |
| 03/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.38 | | 451.96 |

Page Subtotals 451.96 0.00

Ver: 12.10a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-41355 -RJK | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | STRAWN, ROBERT E | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1219 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3000 | | | |
| For Period Ending: | 08/06/07 | | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.37 | | 452.33 |
| 05/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.39 | | 452.72 |
| 06/30/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.37 | | 453.09 |
| 07/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.38 | | 453.47 |
| 08/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.39 | | 453.86 |
| 09/29/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.37 | | 454.23 |
| 10/14/06 | 000101 | CLERK, U.S. BANKRUPTCY COURT<br>301 U.S. COURTHOUSE<br>300 S. FOURTH STREET<br>MINNEAPOLIS, MN 55412 | ADVERSARY FILING FEE | 2700-000 | | 250.00 | 204.23 |
| 10/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.33 | | 204.56 |
| 11/20/06 | 12 | Robert Strawn<br>301 Skyview Ln<br>Carver, MN 55315 | 2003 Tax refunds | 1224-000 | 100.00 | | 304.56 |
| 11/20/06 | 12 | Robert Strawn<br>301 Skyview Ln<br>Carver, MN 55315 | 2003 Tax refunds | 1224-000 | 100.00 | | 404.56 |
| 11/30/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.19 | | 404.75 |
| 12/27/06 | 1 | Robert Strawn<br>301 Skyview Ln<br>Carver, MN 55315-9385 | BANK ACCOUNT | 1129-000 | 200.00 | | 604.75 |
| 12/29/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.34 | | 605.09 |
| 01/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 605.60 |
| 02/01/07 | 1 | Robert E Strawn<br>Betty E Strawn<br>301 Skyview Lane<br>Carver, MN 55315 | BANK ACCOUNT | 1129-000 | 200.00 | | 805.60 |
| 02/26/07 | 1 | ROBERT STRAWN<br>BETTY STRAWN | BANK ACCOUNT | 1129-000 | 200.00 | | 1,005.60 |
| | | | Page Subtotals | | 803.64 | 250.00 | |

LFORM24

Ver: 12.10a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 04-41355 -RJK | Trustee Name: | RANDALL L. SEAVER |
| --- | --- | --- | --- |
| Case Name: | STRAWN, ROBERT E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1219 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3000 | | |
| For Period Ending: | 08/06/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 301 SKYVIEW LANE CARVER, MN 55315 | | | | | |
| 02/28/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.58 | | 1,006.18 |
| 03/27/07 | 1 | ROBERT & BETTY STRAWN | BANK ACCOUNT | 1129-000 | 200.00 | | 1,206.18 |
| | | 301 SKYVIEW LANE CARVER, MN 55315 | | | | | |
| 03/30/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.84 | | 1,207.02 |
| 04/30/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.99 | | 1,208.01 |
| 05/01/07 | 1 | ROBERT & BETTY STRAWN | BANK ACCOUNT | 1129-000 | 200.00 | | 1,408.01 |
| | | 301 SKYVIEW LANE CARVER, MN 55315 | | | | | |
| 05/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.16 | | 1,409.17 |
| 06/06/07 | | ROBERT & BETTY STRAWN | SETTLEMENT PAYMENT | | 200.00 | | 1,609.17 |
| | | 301 SKYVIEW LANE CARVER, MN 55315 | | | | | |
| | 1 | ROBERT & BETTY STRAWN | Memo Amount: 72.37 BANK ACCOUNT | 1129-000 | | | |
| | 12 | | Memo Amount: 59.50 Tax Refund(s) | 1224-000 | | | |
| | 4 | | Memo Amount: 68.13 PICKUP | 1129-000 | | | |
| 06/29/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.26 | | 1,610.43 |
| * 07/19/07 | | ROBERT OR BETTY STRAWN | SETTLEMENT PAYMENT | | 181.87 | | 1,792.30 |
| | | 301 SKYVIEW LANE CARVER, MN 55315 | | | | | |
| * 07/19/07 | | ROBERT OR BETTY STRAWN | SETTLEMENT PAYMENT Debtor overpaid so check will not be deposited | | -181.87 | | 1,610.43 |
| | | 301 SKYVIEW LANE CARVER, MN 55315 | | | | | |
| 07/29/07 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.15 | | 1,611.58 |

Page Subtotals  605.98  0.00

Ver: 12.10a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-41355 -RJK | Trustee Name: | RANDALL L. SEAVER |
| --- | --- | --- | --- |
| Case Name: | STRAWN, ROBERT E | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******1219 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3000 |  |  |
| For Period Ending: | 08/06/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/07 |  | Transfer to Acct #*******9262 | Final Posting Transfer | 9999-000 |  | 1,611.58 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 200.00 | COLUMN TOTALS | 1,861.58 | 1,861.58 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 1,611.58 |  |
|  |  | Subtotal | 1,861.58 | 250.00 |  |
| Memo Allocation Net: | 200.00 | Less: Payments to Debtors |  | 0.00 |  |
|  |  | Net | 1,861.58 | 250.00 |  |

Page Subtotals    0.00    1,611.58

LFORM24

Ver: 12.10a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 04-41355 -RJK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | STRAWN, ROBERT E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9262 Checking - Non Interest |
| Taxpayer ID No: | *******3000 | | |
| For Period Ending: | 08/06/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/29/07 | | Transfer from Acct #*******1219 | Transfer In From MMA Account | 9999-000 | 1,611.58 | | 1,611.58 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 1,611.58 | 0.00 | 1,611.58 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | | 1,611.58 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 200.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 0.00 | Money Market - Interest Bearing - *******1219 | | 1,861.58 | 250.00 | 0.00 |
| | | Checking - Non Interest - *******9262 | | 0.00 | 0.00 | 1,611.58 |
| Total Memo Allocation Net: | 200.00 | | | 1,861.58 | 250.00 | 1,611.58 |
| | | | | ============== | ============== | ============== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         1,611.58         0.00

Ver: 12.10a

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 04-41355　　RJK  
Debtor Name: STRAWN, ROBERT E  
Page 1  
Date: August 6, 2007

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,611.58 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $465.40 | $0.00 | $465.40 | $465.40 | $1,146.18 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $43.39 | $0.00 | $43.39 | $43.39 | $1,102.79 |
| 000005 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $400.00 | $0.00 | $400.00 | $400.00 | $702.79 |
| 000006 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $13.38 | $0.00 | $13.38 | $13.38 | $689.41 |
| 000001 | AMERICAN EXPRESS CENTURION | Unsec | 070 | $858.08 | $0.00 | $858.08 | $75.44 | $613.97 |
| 000002 | CHASE MANHATTAN BANK USA | Unsec | 070 | $1,013.30 | $0.00 | $1,013.30 | $89.09 | $524.88 |
| 000003 | CITIBANK NA | Unsec | 070 | $5,409.47 | $0.00 | $5,409.47 | $475.61 | $49.27 |
| 000004 | MONOGRAM CREDIT CARD BANK OF GA | Unsec | 070 | $560.34 | $0.00 | $560.34 | $49.27 | $0.00 |
| << Totals >> | | | | $8,763.36 | $0.00 | $8,763.36 | $1,611.58 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 04-41355 RJK
**Debtor:** STRAWN, ROBERT E

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows:  $1,861.58

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $1,861.58 | 25% of First $5,000 | $465.40 |
| Less | - | $1,861.58 | ($1,250 Maximum) |  |
|  | Balance | $0.00 | 10% of Next $45,000 | $0.00 |
| Less | - | $0.00 | ($4,500 Maximum) |  |
|  | Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
|  | Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED:  $465.40
Less Previously Paid Compensation:  $0.00

**TOTAL COMPENSATION REQUESTED:**  **$465.40**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 140 pages @ 0.25 / page | $35.00 |
| POST: Postage 4 each @ 0.39 / each | $1.56 |
| POST: Postage 7 each @ 0.41 / each | $2.87 |
| POST: Postage 1 each @ 0.82 / each | $0.82 |
| POST: Postage 1 each @ 3.14 / each | $3.14 |

TOTAL EXPENSES CALCULATED:  $43.39
Less Previously Paid Expenses:  $0.00

**TOTAL EXPENSES REQUESTED:**  **$43.39**

==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:**  **$508.79**

**DATED: 08/06/07**

**SIGNED** _____     **TRUSTEE:  RANDALL L. SEAVER**

# Compensation and Expenses Worksheet

**Case Number:** 04-41355 RJK
**Debtor:** STRAWN, ROBERT E

**12400 PORTLAND AVENUE SOUTH**
**SUITE 132**
**BURNSVILLE, MN  55337**